Randi BLACK, Plaintiff–Appellant,

v.

CE SOIR LINGERIE CO., INC., Bragel International, Inc., Dillard's, Inc., Federated Department Stores, Inc., Gap, Inc., The Neiman Marcus Group, Inc., Nordstrom, Inc., and Victoria's Secret Stores, L.L.C., Defendants–Appellees.

No. 2008–1590.

United States Court of Appeals, Federal Circuit.

April 2, 2009.

Gregory S. Dovel, Dovel & Luner LLP, of Santa Monica, CA, argued for plaintiff-appellant.

Edward R. Schwartz, Christie, Parker & Hale, LLP, of Pasadena, CA, argued for defendants-appellees.

MICHEL, Chief Judge, SCHALL and LINN, Circuit Judges.

for the Seventh Circuit, sitting by designation.

## Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.